**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

**Dale Jenson,**

Plaintiff,

vs.

**Dan Craft,**
in his individual capacity and his
official capacity as an FBI agent,
**Dean Albers,**
in his individual capacity and his
official capacity as Sheriff of Goodhue County,
**Randy Mickelson,**
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
**Patrick Thompson,**
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
**Bob Dissell,**
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
**Scott McNurlin,**
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
**David Price,**
in his individual capacity and his
official capacity as an FBI agent,
**Herm Dybevik,**
in his individual capacity and his
official capacity as an officer of the
Minnesota Bureau of Criminal Apprehension,
**Steven Betcher,**
in his individual capacity and his
official capacity as Goodhue County Attorney,
**Carol Lee,**
in her individual capacity and her
official capacity as Assistant Goodhue County Attorney,
**Brad Wayne,**
in his individual capacity and his
official capacity as deputy sheriff of Dakota County, and
**Goodhue County,**
a political subdivision of the State of Minnesota,

Defendants.

Case File No. 01-1488 DSD/JMM

**ORDER GRANTING GOODHUE COUNTY DEFENDANTS AN EXTENSION TO ANSWER THE COMPLAINT**

---

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

This matter came before the Magistrate Judge on a joint stipulation to grant the Goodhue County Defendants an extension to Answer the Complaint..

Based upon the party's joint stipulation, **IT IS HEREBY ORDERED** that:

1. The Goodhue County Defendants have until October 22, 2001, to respond to Plaintiff's Complaint.

Dated: 9/11, 2001.

John M. Mason
United States Magistrate Judge