UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dale Jenson,

Plaintiff,

vs.

Civil File No. 01-CV-1488 (DSD/JMM)

**ORDER**

Dan Craft,
in his individual capacity and his
official capacity as an FBI agent,
Dean Albers,
in his individual capacity and his
official capacity as Sheriff of Goodhue County,
Randy Mickelson,
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
Patrick Thompson,
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
Bob Dissell,
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
Scott McNurlin,
in his individual capacity and his
official capacity as deputy sheriff of Goodhue County,
David Price,
in his individual capacity and his
official capacity as an FBI agent,
Herm Dybevik,
in his individual capacity and his
official capacity as an officer of the
Minnesota Bureau of Criminal Apprehension,
Steven Betcher,
in his individual capacity and his
official capacity as Goodhue County Attorney,
Carol Lee,
in her individual capacity and her
official capacity as Assistant Goodhue County Attorney,
Brad Wayne,
in his individual capacity and his
official capacity as deputy sheriff of Dakota County, and
Goodhue County,
a political subdivision of the State of Minnesota,

Defendants.

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The above-entitled matter is before the undersigned United States Magistrate Judge on a stipulation to grant State defendant Herm Dybevik an extension to respond to the Complaint in the above-entitled matter.

Based on the foregoing, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

The time for State defendant Herm Dybevik to respond to the plaintiff's Complaint is extended until October 22, 2001. ~~such time as the United States defendants are required to answer the Complaint in the above-entitled matter.~~

Dated: 9/12/01

JOHN M. MASON
United States Magistrate Judge

AG: 509727,v. 01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500