UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case File No. 01-CV-1488 (DSD/JMM)

Dale Jenson,

Plaintiff,

vs.

Dan Craft, et al.,

Defendants.

**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME**

The parties by and between their respective counsel hereby stipulate to extend the time for Defendant David Price to answer or to otherwise respond to Plaintiff's complaint until December 10, 2001.

As a consequence of the above-stated stipulation, Defendant David Price hereby withdraws his motion for enlargement of time filed on November 21, 2001.

Dated: November 26, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Jon M. Hopeman, #47065
Eric Riensche, #309126
601 Second Avenue South, Suite 4200
Minneapolis, MN 55402-4302
(612) 373-8416

ATTORNEYS FOR DEFENDANT DAVID PRICE

MPLS 197035-1

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 26 November 2001

DOOLEY & REICHERT, P.L.C.

By: ______________________
Ted Dooley, #189583
270 Grain Exchange
301 4th Avenue South
Minneapolis, MN 55415
(612) 339-1453

ATTORNEY FOR PLAINTIFF DALE JENSON

**IT IS SO ORDERED**

Dated: 11/26/01

______________________
JOHN M. MASON
United States Magistrate Judge