UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ORIGINAL

Dale Jenson,

Plaintiff,

v.

Dan Craft, et al.

Defendants.

Civil Action No. 01-CV-1488 (DSD/JMM)

**ORDER**

The above entitled matter is before the undersigned United States Magistrate Judge on a Motion by defendant Dan Craft and his attorney Kenneth W. Saffold, Blackwell Igbanugo Engen & Saffold P.A., 3601 W 76th Street, Suite 250, Minneapolis, Minnesota 55435, to enlarge the time for defendant Craft to answer or otherwise respond to plaintiff's Complaint.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

The time for defendant Dan Craft to answer or otherwise respond to plaintiff's Complaint is extended until December ~~21,~~ 10 2001. JMM

Dated: 11/28/01

John M. Mason United States Magistrate Judge

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

#46621