UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DALE JENSON,

Plaintiff,

v.

DAN CRAFT, et al,

Defendants.

CIVIL NO. 01-1488 (DSD/JMM)

ORDER

The above matter is before the undersigned upon the Application of Plaintiff for an Order extending the time to respond to pending Motions.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff is granted an extension of time to and including January 7, 2002 to serve his Response to all Motions to Dismiss, in accordance with the requirements of Local Rule 7.1(b)(2)(B).

2. Any Reply shall be served no later than January 18, 2002, in accordance with the requirements of Local Rule 7.1(b)(2)(C).

3. Counsel for the Parties shall cause Motions Papers to be filed with the Clerk of Court, and shall schedule a hearing date with the District Court, in accordance with the provisions of Local Rule 7.1(B)(2)(D).

Dated: November 28, 2001

JOHN M. MASON
United States Magistrate Judge

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MEMORANDUM

Certain Defendants have filed Motions to Dismiss the Complaint, and it is contemplated that other Defendants may also serve such Motions. This Order establishes the schedule for the serving and filing of those Motion Papers.

J.M.M.