# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dale Johnson,

Case No. Civil 01-1488 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Dan Craft, Dean Albers, Randy Mickelson, Patrick Thompson, Bob Dissell, Scott McNurlin, David Price, Herm Dybevik, Steven Betcher, Carol Lee, Brad Wayne, and Goodhue County,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendants' motions to dismiss, or in the alternative, for summary judgment are granted;

2. Plaintiff's claims I, II, III, IV, V, VI of his complaint are dismissed with prejudice; and

3. Plaintiff's claims VII, VIII, IX, X, XI, XII, and XIII of his complaint are dismissed without prejudice.

DATE: June 19,2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

52